**Order entered September 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00474-CV

### ISRAEL A. GONZALEZ, Appellant

### V.

### TIMOTHY C. ABIGAIL, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08247**

### ORDER

Before the Court is the September 23, 2021 request of Gina Udall, Official Court Reporter for the 160th Judicial District Court, for a forty-five day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that we extend the time to **October 25, 2021**. *See* TEX. R. APP. P. 35.3(c). We caution Ms. Udall that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE